### CENTRAL OF GEORGIA RAILWAY COMPANY *v.* STILES.

EVANS, P. J.  The only complaint raised in this bill of exceptions is upon the sufficiency of the evidence to support the verdict.  After a careful examination of the record, we think there is sufficient evidence to support it.          *Judgment affirmed.   All the Justices concur.*
                              JUNE 14, 1916.

Action for damages.  Before Judge Park.  Baldwin superior court.  March 15, 1915.

*Lawton & Cunningham* and *Allen & Pottle,* for plaintiff in error.
*Livingston Kenan,* contra.